Certificate Number: 14912-NJ-DE-036570702

Bankruptcy Case Number: 22-12045



14912-NJ-DE-036570702

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2022, at 8:42 o'clock PM EDT, Lev Bakshiyev completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 24, 2022

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor