Order Filed on June 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joel R. Glucksman, Esq. (JG 6443)
**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey  07071-0790
Tel: 201-896-4100; Fax: 201-896-8660
Counsel for the Old Bridge Municipal Utilities Authority

In re:

LEV BAKSHIYEV,

    **Debtor.**

CASE NO. 22-12045-MBK
(Honorable Michael B. Kaplan)

CHAPTER 13

<u>Hearing Date:</u> June 8, 2022, 10:00 am
<u>Oral Argument:</u>  Not Requested

## CONSENT ORDER RESOLVING OBJECTION BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY TO CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 14, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page -2-
**Debtor:** LEV BAKSHIYEV
**Case No.** 22-12045-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtor's Proposed Chapter 13 Plan

---

**THIS MATTER** having come before the Court on the application of the debtor LEV BAKSHYEV (the "**Debtor**"), seeking approval of their Chapter 13 plan (the "**Plan**"); and

The Old Bridge Municipal Utilities Authority (the "**OBMUA**") having filed a proof of claim in this case, asserting a prepetition, secured claim in the amount of $1,622.46 (the "**Claim**"), secured by a statutory, priming lien on the Debtor's real property at 103 Diamond Lane, Old Bridge, NJ 08857 (the "**Property**"); and

The OBMUA having also filed an objection to confirmation of the Plan, on the ground that the OBMUA possesses the Claim, but that the Plan does not mention the Claim; and

The OBMUA and the Debtor having amicably agreed to a resolution of the matters in controversy between them, pursuant to which the Plan will be deemed amended so as to accord the OBMUA its secured creditor rights, in the amount of the Claim (the "**Settlement**"); and

The Court having read and considered the papers presented, having noted the consent of counsel for the OBMUA and counsel for the Debtor to the relief set forth herein, as appears by their signatures hereto, and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

**1.** The Settlement as described herein is hereby approved.

**2.** The Plan is hereby deemed amended to provide for payment under the Plan of the Claim as a priming secured claim in the amount of $1,622.46.

**3.** The Standing Ch. 13 Trustee is hereby directed to add the Claim to his distribution list in this case.

Page -3-
**Debtor:** LEV BAKSHIYEV
**Case No.** 22-12045-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtor's Proposed Chapter 13 Plan

---

**CONSENTED TO AS TO FORM,
SUBSTANCE, AND ENTRY:**

| | |
|---|---|
| SCARINCI & HOLLENBECK, LLC | LEVITT & SLAFKES, P.C. |
| 1100 Valley Brook Av., P.O. Box 790 | 515 Valley Street, Suite 140 |
| Lyndhurst, New Jersey 07071-0790 | Maplewood, New Jersey 07040 |
| Telephone: (201) 896-4100 | Telephone: (973) 313-1200 |
| Counsel for The Old Bridge Municipal Utilities Authority | Counsel for the debtor Lev Bakshiyev |
| By: */s/ Joel R. Glucksman* | By: */s/ Bruce H. Levitt* |
| JOEL R. GLUCKSMAN | BRUCE H. LEVITT |
| Dated: June 6, 2022 | Dated: June 6, 2022 |