**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joel R. Glucksman, Esq. (JG 6443)
**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Tel: 201-896-4100; Fax: 201-896-8660
Counsel for the Old Bridge Municipal Utilities Authority

**Order Filed on June 14, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

LEV BAKSHIYEV,

        **Debtor.**

CASE NO. 22-12045-MBK
(Honorable Michael B. Kaplan)

CHAPTER 13

**Hearing Date:** June 8, 2022, 10:00 am
**Oral Argument:** Not Requested

**CONSENT ORDER RESOLVING OBJECTION BY THE OLD BRIDGE
MUNICIPAL UTILITIES AUTHORITY TO CONFIRMATION OF
THE DEBTOR'S PROPOSED CHAPTER 13 PLAN**

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 14, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page -2-
**Debtor:** LEV BAKSHIYEV
**Case No.** 22-12045-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtor's Proposed Chapter 13 Plan

---

**THIS MATTER** having come before the Court on the application of the debtor LEV BAKSHYEV (the "**Debtor**"), seeking approval of their Chapter 13 plan (the "**Plan**"); and

The Old Bridge Municipal Utilities Authority (the "**OBMUA**") having filed a proof of claim in this case, asserting a prepetition, secured claim in the amount of $1,622.46 (the "**Claim**"), secured by a statutory, priming lien on the Debtor's real property at 103 Diamond Lane, Old Bridge, NJ 08857 (the "**Property**"); and

The OBMUA having also filed an objection to confirmation of the Plan, on the ground that the OBMUA possesses the Claim, but that the Plan does not mention the Claim; and

The OBMUA and the Debtor having amicably agreed to a resolution of the matters in controversy between them, pursuant to which the Plan will be deemed amended so as to accord the OBMUA its secured creditor rights, in the amount of the Claim (the "**Settlement**"); and

The Court having read and considered the papers presented, having noted the consent of counsel for the OBMUA and counsel for the Debtor to the relief set forth herein, as appears by their signatures hereto, and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement as described herein is hereby approved.

2. The Plan is hereby deemed amended to provide for payment under the Plan of the Claim as a priming secured claim in the amount of $1,622.46.

3. The Standing Ch. 13 Trustee is hereby directed to add the Claim to his distribution list in this case.

4863-4411-0879, v. 1

Page -3-

**Debtor:** LEV BAKSHIYEV
**Case No.** 22-12045-MBK
**Caption of Order:** Consent Order Resolving Objection by The Old Bridge Municipal Utilities Authority to Confirmation of the Debtor's Proposed Chapter 13 Plan

---

**CONSENTED TO AS TO FORM, SUBSTANCE, AND ENTRY:**

SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Av., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 896-4100
Counsel for The Old Bridge Municipal
Utilities Authority

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, New Jersey 07040
Telephone: (973) 313-1200
Counsel for the debtor Lev Bakshiyev

By: */s/ Joel R. Glucksman*
    JOEL R. GLUCKSMAN

By: */s/ Bruce H. Levitt*
    BRUCE H. LEVITT

Dated: June 6, 2022

Dated: June 6, 2022

4863-4411-0879, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12045-MBK |
| Lev Bakshiyev | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

**Recip ID          Recipient Name and Address**
db              + Lev Bakshiyev, 103 Diamond Lane, Old Bridge, NJ 08857-3321

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
                  docs@russotrustee.com

Bruce H Levitt
                  on behalf of Debtor Lev Bakshiyev blevitt@levittslafkes.com
                  sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
                  on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joel R. Glucksman
                  on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  rjoyce@sh-law.com

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5