UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank U.S.A., et al.

In Re:

Lev Bakshiyev,

Debtor.

Case No.:     22-12045-MBK

Chapter:      13

Hearing Date: 8/10/2022

Judge:        Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 103 Diamond Lane (Docket # 24)

_____

Date: 8/09/2022                                            /s/ Denise Carlon
                                                           Signature

*rev.8/1/15*