**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          1 Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: Lev Bakshiyev

Debtor(s)

Case No.: 22-12045

Judge: _____

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                    ■ Modified/Notice Required              Date: _____
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

■ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY

SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  BHL        Initial Debtor:  L B        Initial Co-Debtor  _____

### Part 1: Payment and Length of Plan

    a. The debtor shall pay  100.00 Monthly*  to the Chapter 13 Trustee, starting on  April 1, 2022  for approximately 60 months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ■ Loan modification with respect to mortgage encumbering property:
  Description: 103 Diamond Lane
  Old Bridge, NJ
  Proposed date for completion:  12/31/22

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection        X  NONE

    a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b. Adequate protection payments will be made in the amount of $ 2,100.00 monthly  to be paid directly by the debtor(s) outside the Plan, pre-confirmation to:  Midland Mortgage Co  (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| BRUCE H. LEVITT, ESQ. BL9302 | Attorney Fees | 2,613.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ■ NONE

     The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Toyota Motor Credit | Lease | 193.62 | 0.00 | 193.62 | 405.00 |

c. **Secured claims excluded from 11 U.S.C. 506:** ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ■ NONE

     1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

     **NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ■ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Midland Mortgage Co | 103 Diamond Lane Old Bridge, NJ 08857 Middlesex County | 8,048.75 |
| Old Bridge Munipal Utilities Authority | Water Bill | 1,622.46 |

**Part 5: Unsecured Claims**    ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases**    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7: Motions**    ■ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed**

**with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| State of New Jersey-Division of Taxation | | Judgment Lien | 8,440.30 | 0.00 | 0.00 | 0.00 | 0.00 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Certain claims were not addressed in the orgiinal Plan. | Provision is being made for payment of secured claims, priority tax claims and automobile lease arrears. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
*This plan is a step plan or has lumpsum payments as follows: $100.00 per month for 6 months, then $250.00 per month for 54 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: September 9, 2022         /s/ Lev Bakshiyev
                                Lev Bakshiyev
                                Debtor

Date:                           
                                Joint Debtor

Date  September 9, 2022         /s/ BRUCE H. LEVITT, ESQ.
                                BRUCE H. LEVITT, ESQ. BL9302
                                Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Lev Bakshiyev  
    Debtor

Case No. 22-12045-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5  
Date Rcvd: Sep 12, 2022     Form ID: pdf901     Total Noticed: 92

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lev Bakshiyev, 103 Diamond Lane, Old Bridge, NJ 08857-3321 |
| aty | + | Denis Carlon, ESQ., KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| cr | + | Old Bridge Municipal Utilities Authority, Scarinci & Hollenbeck, LLC, c/o Joel R. Glucksman, Esq., 1100 Valley Brook Ave., P.O. Box 790 Lyndhurst, NJ 07071-0790 |
| 519530602 | + | Apex Sport & Regenerative Medicine, 55 N. Gilbert Street, Suite 1101, Tinton Falls, NJ 07701-4956 |
| 519530606 | + | Bergen Passaic Cataract Laser & Surgery, 18-01 Pollitt Drive, Suite 4, Fair Lawn, NJ 07410-2821 |
| 519530615 | + | CMS, 7500 Security Boulevard, Baltimore, MD 21244-1849 |
| 519530609 | + | Cardiovascular Institiute of Mt. Sinai, 1190 5th Avenue, New York, NY 10029-6503 |
| 519530612 | + | Chase Receivables, PO Box 659, West Caldwell, NJ 07007-0659 |
| 519530616 | #+ | Commerical Collections of America LLC, 2180 W. Grant Line Road, Suite 202, Tracy, CA 95377-7343 |
| 519530622 | | ENT And Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 519530621 | + | Emergency Physician Associates of NJ PC, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 519530626 | + | Geico Indemnity Co, 1 Geico Plaza, Washington, DC 20076-0005 |
| 519620498 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519530627 | + | Hackensack Meridian Health, Raritan Bay Medical Center, 530 New Brunswick Avenue, Perth Amboy, NJ 08861-3685 |
| 519530628 | | Hayt, Hayt & Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519530635 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519530634 | + | Kabbage Funding, 1410 Broadway, 16th Floor, New York, NY 10018-9339 |
| 519530638 | + | Lincoln & Morgan, 600 West Broadway, Suite 700, San Diego, CA 92101-3370 |
| 519530639 | + | Middle Country Collection Services, Inc., 200 Parkway Drive South, Suite 301, Hauppauge, NY 11788-2025 |
| 519530645 | | Mnet Financial Inc., 95 Argonaut, Ste 200, Aliso Viejo, CA 92656-4147 |
| 519530646 | | Morris Anesthesia Group, 3799 US-46, Suite 301, Parsippany, NJ 07054 |
| 519530647 | | Morris Anesthesia Grup, GPO PO Box 26960, New York, NY 10087-6960 |
| 519530648 | + | Mount Sinai Hospital, 1468 Madison Avenue, New York, NY 10029-6508 |
| 519530649 | + | Mt. Sinai Doctors Faculty Practice, 5 East 98th Street, New York, NY 10029-6501 |
| 519530651 | + | NJ E-Z Pass Customer Service Center, PO Box 4973, Trenton, NJ 08650-4973 |
| 519530650 | + | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08602-0245 |
| 519584799 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519530652 | + | Old Bridge Munipal Utilities Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519530653 | | Omni Eye Services, 485 Route 1 South, Bldg A, Iselin, NJ 08830 |
| 519530658 | + | Professional Claims Bureau, P.O. Box 9060, Hicksville, NY 11802-9060 |
| 519530659 | + | Sheriff Middlesex County, 701 Livingston Ave, New Brunswick, NJ 08901-3345 |
| 519530660 | + | Silver Script Insurance Company, 1021 Reams Fleming Boulevard, Franklin, TN 37064-1844 |
| 519530661 | | Silver Script Insurance Company, PO Box 504849, St. Louis, MO 63150-4849 |
| 519530662 | + | State of New Jersey, Dept. of Labor and Workforce Development, 1 John Finch Plaza, Trenton, NJ 08611-1760 |
| 519555098 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519530665 | + | TKB, 12-24 River Road, Fair Lawn, NJ 07410-1489 |
| 519530664 | | Team Health, 4585 Ridge Park Drive, Fairlawn, OH 44333 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

District/off: 0312-3 — User: admin — Page 2 of 5
Date Rcvd: Sep 12, 2022 — Form ID: pdf901 — Total Noticed: 92

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530603 | ^ MEBN | Sep 12 2022 20:37:41 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530598 | ^ MEBN | Sep 12 2022 20:37:45 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530599 | ^ MEBN | Sep 12 2022 20:36:14 | Account Resolution Services, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519555632 | Email/PDF: bncnotices@becket-lee.com | Sep 12 2022 20:40:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519530600 | + Email/PDF: bncnotices@becket-lee.com | Sep 12 2022 20:50:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519530601 | + Email/PDF: bncnotices@becket-lee.com | Sep 12 2022 20:40:34 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519530604 | + Email/Text: mortgagebkcorrespondence@bofa.com | Sep 12 2022 20:39:00 | Bank of America, Corporate Center, 100 North Tryon Street, Charlotte, NC 28202-4024 |
| 519530605 | + Email/Text: jcissell@bankofmissouri.com | Sep 12 2022 20:39:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 519530607 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 20:40:07 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519530608 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 20:40:07 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519530613 | + Email/Text: mediamanagers@clientservices.com | Sep 12 2022 20:38:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519530617 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2022 20:39:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519530618 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2022 20:39:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519535407 | Email/Text: mrdiscen@discover.com | Sep 12 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519530620 | + Email/Text: mrdiscen@discover.com | Sep 12 2022 20:38:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519530619 | + Email/Text: mrdiscen@discover.com | Sep 12 2022 20:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519530624 | + Email/Text: data_processing@fin-rec.com | Sep 12 2022 20:39:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 519530625 | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 12 2022 20:38:00 | Fortiva Retail Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 519530626 | ^ MEBN | Sep 12 2022 20:37:39 | Geico Indemnity Co, 1 Geico Plaza, Washington, DC 20076-0005 |
| 519621573 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2022 20:40:18 | HSBC Bank USA, National Association, at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530630 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 12 2022 20:38:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530629 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 12 2022 20:38:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530631 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: pdf901 | Total Noticed: 92 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 12 2022 20:39:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519581007 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2022 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519530633 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2022 20:39:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519530632 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2022 20:39:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519530610 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2022 20:40:32 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519530611 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2022 20:40:32 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519551770 | + Email/Text: RASEBN@raslg.com | Sep 12 2022 20:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519530635 | ^ MEBN | Sep 12 2022 20:38:22 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519542199 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2022 20:38:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519530636 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2022 20:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519530637 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2022 20:38:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519530640 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 20:39:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519541543 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 20:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519530642 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 20:39:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519530641 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 20:39:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519530644 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2022 20:40:06 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519530643 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2022 20:40:06 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519530623 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 12 2022 20:38:00 | EZ Pass, 375 McCarter Hwy, Newark, NJ 07114 |
| 519530663 | Email/Text: Bankruptcy@swiftcapital.com | Sep 12 2022 20:39:00 | Swift Capital, 3505 Silverside Road, Wilmington, DE 19801 |
| 519530655 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2022 20:40:09 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519530654 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2022 20:40:35 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519564542 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2022 20:40:20 | Portfolio Recovery Associates, LLC, c/o American Signature Furn, POB 41067, Norfolk VA 23541 |
| 519565798 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2022 20:40:21 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519564482 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2022 20:40:08 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519530656 | Email/Text: signed.order@pfwattorneys.com | Sep 12 2022 20:38:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519530657 | | Email/Text: signed.order@pfwattorneys.com | Sep 12 2022 20:38:00 | Pressler Felt & Warsaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519530658 | + | Email/Text: clientservicesny@pcbinc.org | Sep 12 2022 20:39:00 | Professional Claims Bureau, P.O. Box 9060, Hicksville, NY 11802-9060 |
| 519583727 | | Email/Text: bnc-quantum@quantum3group.com | Sep 12 2022 20:39:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519532321 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582683 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 12 2022 20:39:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519559895 | | Email/PDF: bncnotices@becket-lee.com | Sep 12 2022 20:40:34 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519537830 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 12 2022 20:39:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519530667 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 12 2022 20:39:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519530668 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 12 2022 20:39:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530666 | | Toyota Motor Credit |
| 519530614 | *+ | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 12, 2022 | Form ID: pdf901 | Total Noticed: 92 |

Bruce H Levitt
    on behalf of Debtor Lev Bakshiyev blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
    on behalf of Loss Mitigation HSBC Bank USA National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates,Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joel R. Glucksman
    on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com rjoyce@sh-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6