Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12045−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lev Bakshiyev
   103 Diamond Lane
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−5734

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/21/2022 and a confirmation hearing on such Plan has been scheduled for 1/11/2023 at 10:00 AM.

The debtor filed a Modified Plan on 12/29/2022 and a confirmation hearing on the Modified Plan is scheduled for 2/8/2023 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: December 29, 2022
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lev Bakshiyev  
Debtor  

Case No. 22-12045-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5  
Date Rcvd: Dec 29, 2022    Form ID: 186    Total Noticed: 92

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lev Bakshiyev, 103 Diamond Lane, Old Bridge, NJ 08857-3321 |
| aty | + | Denis Carlon, ESQ., KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| cr | #+ | Old Bridge Municipal Utilities Authority, Scarinci & Hollenbeck, LLC, c/o Joel R. Glucksman, Esq., 1100 Valley Brook Ave., P.O. Box 790 Lyndhurst, NJ 07071-0790 |
| 519530602 | + | Apex Sport & Regenerative Medicine, 55 N. Gilbert Street, Suite 1101, Tinton Falls, NJ 07701-4956 |
| 519530606 | + | Bergen Passaic Cataract Laser & Surgery, 18-01 Pollitt Drive, Suite 4, Fair Lawn, NJ 07410-2821 |
| 519530615 | + | CMS, 7500 Security Boulevard, Baltimore, MD 21244-1849 |
| 519530609 | + | Cardiovascular Instititue of Mt. Sinai, 1190 5th Avenue, New York, NY 10029-6503 |
| 519530612 | + | Chase Receivables, PO Box 659, West Caldwell, NJ 07007-0659 |
| 519530616 | #+ | Commerical Collections of America LLC, 2180 W. Grant Line Road, Suite 202, Tracy, CA 95377-7343 |
| 519530622 | | ENT And Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 519530621 | + | Emergency Physician Associates of NJ PC, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 519620498 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519530627 | + | Hackensack Meridian Health, Raritan Bay Medical Center, 530 New Brunswick Avenue, Perth Amboy, NJ 08861-3685 |
| 519530628 | | Hayt, Hayt & Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519530634 | + | Kabbage Funding, 1410 Broadway, 16th Floor, New York, NY 10018-9339 |
| 519530638 | + | Lincoln & Morgan, 600 West Broadway, Suite 700, San Diego, CA 92101-3370 |
| 519530639 | + | Middle Country Collection Services, Inc., 200 Parkway Drive South, Suite 301, Hauppauge, NY 11788-2025 |
| 519530645 | | Mnet Financial Inc., 95 Argonaut, Ste 200, Aliso Viejo, CA 92656-4147 |
| 519530646 | | Morris Anesthesia Group, 3799 US-46, Suite 301, Parsippany, NJ 07054 |
| 519530647 | | Morris Anesthesia Grup, GPO PO Box 26960, New York, NY 10087-6960 |
| 519530648 | + | Mount Sinai Hospital, 1468 Madison Avenue, New York, NY 10029-6508 |
| 519530649 | + | Mt. Sinai Doctors Faculty Practice, 5 East 98th Street, New York, NY 10029-6501 |
| 519530651 | + | NJ E-Z Pass Customer Service Center, PO Box 4973, Trenton, NJ 08650-4973 |
| 519530650 | + | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08602-0245 |
| 519530652 | + | Old Bridge Munipal Utilities Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519530653 | | Omni Eye Services, 485 Route 1 South, Bldg A, Iselin, NJ 08830 |
| 519530659 | + | Sheriff Middlesex County, 701 Livingston Ave, New Brunswick, NJ 08901-3345 |
| 519530660 | + | Silver Script Insurance Company, 1021 Reams Fleming Boulevard, Franklin, TN 37064-1844 |
| 519530661 | | Silver Script Insurance Company, PO Box 504849, St. Louis, MO 63150-4849 |
| 519530662 | + | State of New Jersey, Dept. of Labor and Workforce Development, 1 John Finch Plaza, Trenton, NJ 08611-1760 |
| 519555098 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519530665 | + | TKB, 12-24 River Road, Fair Lawn, NJ 07410-1489 |
| 519530664 | | Team Health, 4585 Ridge Park Drive, Fairlawn, OH 44333 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| | | | |
|---|---|---|---|
| | | Dec 29 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530603 | ^ MEBN | Dec 29 2022 20:33:21 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530598 | ^ MEBN | Dec 29 2022 20:33:19 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530599 | ^ MEBN | Dec 29 2022 20:34:30 | Account Resolution Services, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519555632 | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519530600 | + Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519530601 | + Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:27 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519530604 | + Email/Text: mortgagebkcorrespondence@bofa.com | Dec 29 2022 20:39:00 | Bank of America, Corporate Center, 100 North Tryon Street, Charlotte, NC 28202-4031 |
| 519530605 | + Email/Text: kmattingly@bankofmissouri.com | Dec 29 2022 20:39:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 519530607 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 20:37:33 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519530608 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 20:37:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519530613 | + Email/Text: mediamanagers@clientservices.com | Dec 29 2022 20:38:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519530617 | + Email/Text: bankruptcy_notifications@ccsusa.com | Dec 29 2022 20:39:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519530618 | + Email/Text: bankruptcy_notifications@ccsusa.com | Dec 29 2022 20:39:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519535407 | Email/Text: mrdiscen@discover.com | Dec 29 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519530620 | + Email/Text: mrdiscen@discover.com | Dec 29 2022 20:38:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519530619 | + Email/Text: mrdiscen@discover.com | Dec 29 2022 20:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519530624 | + Email/Text: data_processing@fin-rec.com | Dec 29 2022 20:39:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 519530625 | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 29 2022 20:38:00 | Fortiva Retail Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 519530626 | ^ MEBN | Dec 29 2022 20:33:12 | Geico Indemnity Co, 1 Geico Plaza, Washington, DC 20076-0005 |
| 519621573 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2022 20:37:32 | HSBC Bank USA, National Association, at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530630 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 29 2022 20:38:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530629 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 29 2022 20:38:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530631 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2022 20:39:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519581007 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2022 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519530633 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 22-12045-MBK  Doc 45  Filed 12/31/22  Entered 01/01/23 00:10:20  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 186 | Total Noticed: 92 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519530632 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2022 20:39:00 | Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303 |
| | | | Dec 29 2022 20:39:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 519530610 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2022 20:37:38 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519530611 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2022 20:37:38 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519551770 | + | Email/Text: RASEBN@raslg.com | Dec 29 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519530635 | ^ | MEBN | Dec 29 2022 20:34:32 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519542199 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2022 20:38:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519530636 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2022 20:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519530637 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 29 2022 20:38:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519530640 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519541543 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519530642 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519530641 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519530644 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2022 20:37:26 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519530643 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2022 20:37:26 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519530623 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2022 20:38:00 | EZ Pass, 375 McCarter Hwy, Newark, NJ 07114 |
| 519584799 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2022 20:38:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519530663 | | Email/Text: Bankruptcy@swiftcapital.com | Dec 29 2022 20:38:00 | Swift Capital, 3505 Silverside Road, Wilmington, DE 19801 |
| 519530655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:34 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519530654 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:40 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519564542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:41 | Portfolio Recovery Associates, LLC, c/o American Signature Furn, POB 41067, Norfolk VA 23541 |
| 519565798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:34 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519564482 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:41 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519530656 | | Email/Text: signed.order@pfwattorneys.com | Dec 29 2022 20:38:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519530657 | | Email/Text: signed.order@pfwattorneys.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Dec 29 2022 20:38:00 | Pressler Felt & Warsaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519530658 | + | Email/Text: clientservicesny@pcbinc.org | Dec 29 2022 20:39:00 | Professional Claims Bureau, P.O. Box 9060, Hicksville, NY 11802-9060 |
| 519583727 |  | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2022 20:39:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519532321 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 20:37:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582683 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 29 2022 20:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519559895 |  | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:29 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519537830 |  | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 29 2022 20:38:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519530667 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 29 2022 20:38:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519530668 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 29 2022 20:38:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530666 |  | Toyota Motor Credit |
| 519530614 | *+ | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2022  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 29, 2022 | Form ID: 186 | Total Noticed: 92 |

Bruce H Levitt
    on behalf of Debtor Lev Bakshiyev blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
    on behalf of Loss Mitigation HSBC Bank USA National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates,Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joel R. Glucksman
    on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com rjoyce@sh-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov

TOTAL: 8