| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-12045 / MBK**

Lev Bakshiyev

Petition Filed Date: 03/15/2022
341 Hearing Date: 04/21/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/04/2022 | $100.00 | 83785890 | 05/18/2022 | $100.00 | | 06/17/2022 | $100.00 | |
| 07/12/2022 | $100.00 | | 08/12/2022 | $100.00 | | 09/19/2022 | $100.00 | |
| 10/13/2022 | $100.00 | | 11/15/2022 | $100.00 | | 12/13/2022 | $100.00 | |
| 01/12/2023 | $100.00 | | 02/13/2023 | $100.00 | | 03/13/2023 | $100.00 | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lev Bakshiyev | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE H. LEVITT | Attorney Fees | $2,613.00 | $0.00 | $2,613.00 |
| | | No Disbursements: No Check | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $12,535.91 | $0.00 | $0.00 |
| 2 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured Creditors | $13,128.54 | $0.00 | $0.00 |
| 3 | SWIFT FINANCIAL LLC, | Unsecured Creditors | $8,303.31 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE,NA/LORD & TAYLOR | Unsecured Creditors | $4,129.36 | $0.00 | $0.00 |
| 5 | KOHL'S | Unsecured Creditors | $1,306.78 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2019, 2021 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,977.11 | $0.00 | $0.00 |
| 8 | OMNI EYE SERVICES | Unsecured Creditors | $914.54 | $0.00 | $0.00 |
| 9 | NJ DIVISION OF TAXATION<br>»»  GIT-ER 2015;2018-2019 | Secured Creditors | $8,440.30 | $0.00 | $0.00 |
| 10 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2021 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»»  COSTS 2/2020-3/2020 | Unsecured Creditors | $1,130.06 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $1,365.71 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $11,913.25 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMERICAN SIGNATURE FURNITURE | Unsecured Creditors | $13,265.24 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12045 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $12,542.22 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $6,582.62 | $0.00 | $0.00 |
| 17 | OLD BRIDGE MUA<br>»»  103 DIAMOND LN/WATER & SEWER/ORDER 6/14/22 | Secured Creditors | $1,622.46 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  MC PLATINUM | Unsecured Creditors | $2,633.46 | $0.00 | $0.00 |
| 19 | TOYOTA MOTOR CREDIT CORP<br>»»  2018 LEXUS ES 350 | Debt Secured by Vehicle | $193.62 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  THE BANK OF MISSOURI | Unsecured Creditors | $448.68 | $0.00 | $0.00 |
| 21 | NEW JERSEY TURNPIKE AUTHORITY | Unsecured Creditors | $5,155.07 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,360.22 | $0.00 | $0.00 |
| 23 | HSBC BANK USA, N.A. | Unsecured Creditors | $3,700.00 | $0.00 | $0.00 |
| 24 | HSBC BANK USA, NA<br>»»  P/103 DIAMOND LANE/1ST MTG | Mortgage Arrears | $146,695.32 | $0.00 | $0.00 |
| 25 | HSBC BANK USA, NA<br>»»  103 DIAMOND LANE/PP ARREARS 8/25/22 | Mortgage Arrears | $7,510.75 | $0.00 | $0.00 |
| 26 | HSBC BANK USA, NA<br>»»  103 DIAMOND LANE/ATTY FEES 8/25/22 | Mortgage Arrears | $538.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $100.00 |
| Paid to Trustee: | $93.60 | Arrearages: | $0.00 |
| Funds on Hand: | $1,106.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

