| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lev Bakshiyev<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–5734 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   3/15/22 |
| Case number: | 22-12045-KCF | Date case converted to chapter: | 7   5/9/23 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lev Bakshiyev | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 103 Diamond Lane<br>Old Bridge, NJ 08857 | |
| 4. | **Debtor's attorney**<br>Name and address | Bruce H Levitt<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, NJ 07040 | Contact phone 973-313-1200<br>Email: blevitt@levittslafkes.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016-4496 | Contact phone (609) 386-8700 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 5/10/23 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 7, 2023 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline:** 8/7/23 |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-12045-KCF
Lev Bakshiyev  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: May 10, 2023      Form ID: 309A      Total Noticed: 91

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Lev Bakshiyev, 103 Diamond Lane, Old Bridge, NJ 08857-3321 |
| 519530602 | + | Apex Sport & Regenerative Medicine, 55 N. Gilbert Street, Suite 1101, Tinton Falls, NJ 07701-4956 |
| 519530604 | + | Bank of America, Corporate Center, 100 North Tryon Street, Charlotte, NC 28202-4036 |
| 519530606 | + | Bergen Passaic Cataract Laser & Surgery, 18-01 Pollitt Drive, Suite 4, Fair Lawn, NJ 07410-2821 |
| 519530615 | + | CMS, 7500 Security Boulevard, Baltimore, MD 21244-1849 |
| 519530609 | + | Cardiovascular Instititue of Mt. Sinai, 1190 5th Avenue, New York, NY 10029-6503 |
| 519530612 | + | Chase Receivables, PO Box 659, West Caldwell, NJ 07007-0659 |
| 519530622 | | ENT And Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 519530621 | + | Emergency Physician Associates of NJ PC, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 519620498 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519530627 | + | Hackensack Meridian Health, Raritan Bay Medical Center, 530 New Brunswick Avenue, Perth Amboy, NJ 08861-3685 |
| 519530628 | | Hayt, Hayt & Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519530634 | + | Kabbage Funding, 1410 Broadway, 16th Floor, New York, NY 10018-9339 |
| 519530638 | + | Lincoln & Morgan, 600 West Broadway, Suite 700, San Diego, CA 92101-3370 |
| 519530639 | + | Middle Country Collection Services, Inc., 200 Parkway Drive South, Suite 301, Hauppauge, NY 11788-2025 |
| 519530646 | | Morris Anesthesia Group, 3799 US-46, Suite 301, Parsippany, NJ 07054 |
| 519530647 | | Morris Anesthesia Grup, GPO PO Box 26960, New York, NY 10087-6960 |
| 519530648 | + | Mount Sinai Hospital, 1468 Madison Avenue, New York, NY 10029-6508 |
| 519530649 | + | Mt. Sinai Doctors Faculty Practice, 5 East 98th Street, New York, NY 10029-6501 |
| 519530651 | + | NJ E-Z Pass Customer Service Center, PO Box 4973, Trenton, NJ 08650-4973 |
| 519530650 | + | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08602-0245 |
| 519530652 | + | Old Bridge Munipal Utilities Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519530653 | | Omni Eye Services, 485 Route 1 South, Bldg A, Iselin, NJ 08830 |
| 519530659 | + | Sheriff Middlesex County, 701 Livingston Ave, New Brunswick, NJ 08901-3345 |
| 519530661 | | Silver Script Insurance Company, PO Box 504849, St. Louis, MO 63150-4849 |
| 519530660 | + | Silver Script Insurance Company, 1021 Reams Fleming Boulevard, Franklin, TN 37064-1844 |
| 519555098 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519530662 | + | State of New Jersey, Dept. of Labor and Workforce Development, 1 John Finch Plaza, Trenton, NJ 08611-1760 |
| 519530665 | + | TKB, 12-24 River Road, Fair Lawn, NJ 07410-1489 |
| 519530664 | | Team Health, 4585 Ridge Park Drive, Fairlawn, OH 44333 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: blevitt@levittslafkes.com | May 10 2023 20:39:00 | Bruce H Levitt, Levitt & Slafkes, P.C., 515 Valley Street, Suite 140, Maplewood, NJ 07040 |
| tr | + | EDI: QTJORR.COM | May 11 2023 00:27:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

Case 22-12045-KCF    Doc 56    Filed 05/12/23    Entered 05/13/23 00:16:35    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 309A | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530603 | ^ | MEBN | May 10 2023 20:35:53 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530598 | ^ | MEBN | May 10 2023 20:35:53 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530599 | ^ | MEBN | May 10 2023 20:35:52 | Account Resolution Services, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519555632 | | Email/PDF: bncnotices@becket-lee.com | May 10 2023 20:56:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519530600 | + | Email/PDF: bncnotices@becket-lee.com | May 10 2023 21:06:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519530601 | + | Email/PDF: bncnotices@becket-lee.com | May 10 2023 21:06:57 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519530605 | + | Email/Text: kmattingly@bankofmissouri.com | May 10 2023 20:41:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 519530607 | + | EDI: CAPITALONE.COM | May 11 2023 00:28:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519530608 | + | EDI: CAPITALONE.COM | May 11 2023 00:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519530613 | + | Email/Text: mediamanagers@clientservices.com | May 10 2023 20:40:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519530617 | + | EDI: CCS.COM | May 11 2023 00:28:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519530618 | + | EDI: CCS.COM | May 11 2023 00:28:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519535407 | | EDI: DISCOVER.COM | May 11 2023 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519530620 | + | EDI: DISCOVER.COM | May 11 2023 00:27:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519530619 | + | EDI: DISCOVER.COM | May 11 2023 00:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519530624 | + | Email/Text: data_processing@fin-rec.com | May 10 2023 20:41:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 519530625 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 10 2023 20:40:00 | Fortiva Retail Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 519530626 | ^ | MEBN | May 10 2023 20:35:46 | Geico Indemnity Co, 1 Geico Plaza, Washington, DC 20076-0005 |
| 519620498 | ^ | MEBN | May 10 2023 20:36:21 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519621573 | + | EDI: AISMIDFIRST | May 11 2023 00:28:00 | HSBC Bank USA, National Association, at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530628 | ^ | MEBN | May 10 2023 20:36:22 | Hayt, Hayt & Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519530630 | + | EDI: HFC.COM | May 11 2023 00:24:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530629 | + | EDI: HFC.COM | May 11 2023 00:24:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530631 | | EDI: IRS.COM | | |

Case 22-12045-KCF    Doc 56    Filed 05/12/23    Entered 05/13/23 00:16:35    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 309A | Total Noticed: 91 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | May 11 2023 00:28:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519581007 | EDI: JEFFERSONCAP.COM | May 11 2023 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519530633 | EDI: JEFFERSONCAP.COM | May 11 2023 00:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519530632 | EDI: JEFFERSONCAP.COM | May 11 2023 00:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519530610 | EDI: JPMORGANCHASE | May 11 2023 00:27:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519530611 | EDI: JPMORGANCHASE | May 11 2023 00:27:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519551770 | + Email/Text: RASEBN@raslg.com | May 10 2023 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519530635 | ^ MEBN | May 10 2023 20:36:01 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519542199 | + Email/Text: PBNCNotifications@peritusservices.com | May 10 2023 20:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519530636 | + Email/Text: PBNCNotifications@peritusservices.com | May 10 2023 20:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519530637 | + Email/Text: PBNCNotifications@peritusservices.com | May 10 2023 20:40:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519530640 | + Email/Text: bankruptcydpt@mcmcg.com | May 10 2023 20:41:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519541543 | + Email/Text: bankruptcydpt@mcmcg.com | May 10 2023 20:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519530642 | + Email/Text: bankruptcydpt@mcmcg.com | May 10 2023 20:41:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519530641 | + Email/Text: bankruptcydpt@mcmcg.com | May 10 2023 20:41:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519530644 | + EDI: AISMIDFIRST | May 11 2023 00:28:00 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519530643 | + EDI: AISMIDFIRST | May 11 2023 00:28:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519530645 | Email/Text: compliance@onemnethealth.com | May 10 2023 20:41:00 | Mnet Financial Inc., 95 Argonaut, Ste 200, Aliso Viejo, CA 92656-4147 |
| 519530623 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 10 2023 20:40:00 | EZ Pass, 375 McCarter Hwy, Newark, NJ 07114 |
| 519584799 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 10 2023 20:40:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519530663 | Email/Text: Bankruptcy@swiftcapital.com | May 10 2023 20:40:00 | Swift Capital, 3505 Silverside Road, Wilmington, DE 19801 |
| 519530655 | EDI: PRA.COM | May 11 2023 00:28:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519530654 | EDI: PRA.COM | May 11 2023 00:28:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519564542 | EDI: PRA.COM | May 11 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o American Signature Furn, POB 41067, Norfolk VA 23541 |
| 519565798 | EDI: PRA.COM | May 11 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears, |

Case 22-12045-KCF    Doc 56    Filed 05/12/23    Entered 05/13/23 00:16:35    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 309A | Total Noticed: 91 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519564482 | | EDI: PRA.COM | May 11 2023 00:28:00 | POB 41067, Norfolk VA 23541<br>Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519530656 | | Email/Text: signed.order@pfwattorneys.com | May 10 2023 20:40:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519530657 | | Email/Text: signed.order@pfwattorneys.com | May 10 2023 20:40:00 | Pressler Felt & Warsaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519530658 | + | Email/Text: clientservicesny@pcbinc.org | May 10 2023 20:41:00 | Professional Claims Bureau, P.O. Box 9060, Hicksville, NY 11802-9060 |
| 519583727 | | EDI: Q3G.COM | May 11 2023 00:28:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519532321 | + | EDI: RMSC.COM | May 11 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582683 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 10 2023 20:40:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519559895 | | Email/PDF: bncnotices@becket-lee.com | May 10 2023 20:56:24 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519537830 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 10 2023 20:40:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519530667 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 10 2023 20:40:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519530668 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 10 2023 20:40:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530666 | | Toyota Motor Credit |
| 519530614 | *+ | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519530616 | ##+ | Commerical Collections of America LLC, 2180 W. Grant Line Road, Suite 202, Tracy, CA 95377-7343 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2023          Signature:     /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: May 10, 2023 | Form ID: 309A | Total Noticed: 91

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bruce H Levitt | on behalf of Debtor Lev Bakshiyev blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Loss Mitigation HSBC Bank USA  National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates,Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joel R. Glucksman | on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  lmargotta@sh-law.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 9