UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BAKSHIYEV, LEV

Case No.: 22-12045  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>July 18</u>, <u>2023</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: Real Estate at 103 Diamond Lane, Old Bridge, NJ 08857. The property is valued at $400,000 based on a CMA. Allowing for costs of sale, mortgage payoff and debtor's exemption, there would not be funds available for a meaningful distribution to creditors. |
|---|

| Liens on property: |
|---|
| Midland Mortgage Company-$402,159 |

| Amount of equity claimed as exempt: |
|---|
| $5,848 |

Objections must be served on, and requests for additional information directed to:

Name: /s/Thomas J. Orr, Trustee  
Address: 321 High Street, Burlington, NJ 08016  
Phone number: (609)386-8700

*rev.8/1/15*