UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 22-12045 |
| BAKSHIYEV, LEV | Chapter: 7 |
| | Judge: KCF |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>July 18</u>, <u>2023</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  Real Estate at 103 Diamond Lane, Old Bridge, NJ 08857. The property is valued at $400,000 based on a CMA. Allowing for costs of sale, mortgage payoff and debtor's exemption, there would not be funds available for a meaningful distribution to creditors.

Liens on property:

Midland Mortgage Company-$402,159

Amount of equity claimed as exempt:

$5,848

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-12045-KCF
Lev Bakshiyev  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5
Date Rcvd: Jun 13, 2023     Form ID: pdf905     Total Noticed: 91

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lev Bakshiyev, 103 Diamond Lane, Old Bridge, NJ 08857-3321 |
| aty | + | Denis Carlon, ESQ., KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| cr | #+ | Old Bridge Municipal Utilities Authority, Scarinci & Hollenbeck, LLC, c/o Joel R. Glucksman, Esq., 1100 Valley Brook Ave., P.O. Box 790 Lyndhurst, NJ 07071-0790 |
| 519530602 | + | Apex Sport & Regenerative Medicine, 55 N. Gilbert Street, Suite 1101, Tinton Falls, NJ 07701-4956 |
| 519530604 | + | Bank of America, Corporate Center, 100 North Tryon Street, Charlotte, NC 28202-4036 |
| 519530606 | + | Bergen Passaic Cataract Laser & Surgery, 18-01 Pollitt Drive, Suite 4, Fair Lawn, NJ 07410-2821 |
| 519530615 | + | CMS, 7500 Security Boulevard, Baltimore, MD 21244-1849 |
| 519530609 | + | Cardiovascular Instititue of Mt. Sinai, 1190 5th Avenue, New York, NY 10029-6503 |
| 519530612 | + | Chase Receivables, PO Box 659, West Caldwell, NJ 07007-0659 |
| 519530622 | | ENT And Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 519530621 | + | Emergency Physician Associates of NJ PC, 99 Beauvoir Avenue, Summit, NJ 07901-3533 |
| 519530627 | + | Hackensack Meridian Health, Raritan Bay Medical Center, 530 New Brunswick Avenue, Perth Amboy, NJ 08861-3685 |
| 519530634 | + | Kabbage Funding, 1410 Broadway, 16th Floor, New York, NY 10018-9339 |
| 519530638 | + | Lincoln & Morgan, 600 West Broadway, Suite 700, San Diego, CA 92101-3370 |
| 519530639 | + | Middle Country Collection Services, Inc., 200 Parkway Drive South, Suite 301, Hauppauge, NY 11788-2025 |
| 519530646 | | Morris Anesthesia Group, 3799 US-46, Suite 301, Parsippany, NJ 07054 |
| 519530647 | | Morris Anesthesia Grup, GPO PO Box 26960, New York, NY 10087-6960 |
| 519530648 | + | Mount Sinai Hospital, 1468 Madison Avenue, New York, NY 10029-6508 |
| 519530649 | + | Mt. Sinai Doctors Faculty Practice, 5 East 98th Street, New York, NY 10029-6501 |
| 519530651 | + | NJ E-Z Pass Customer Service Center, PO Box 4973, Trenton, NJ 08650-4973 |
| 519530650 | + | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08602-0245 |
| 519530652 | + | Old Bridge Munipal Utilities Authority, 71 Boulevard West, Cliffwood Beach, NJ 07735-6105 |
| 519530653 | | Omni Eye Services, 485 Route 1 South, Bldg A, Iselin, NJ 08830 |
| 519530659 | + | Sheriff Middlesex County, 701 Livingston Ave, New Brunswick, NJ 08901-3345 |
| 519530661 | | Silver Script Insurance Company, PO Box 504849, St. Louis, MO 63150-4849 |
| 519530660 | + | Silver Script Insurance Company, 1021 Reams Fleming Boulevard, Franklin, TN 37064-1844 |
| 519555098 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519530662 | + | State of New Jersey, Dept. of Labor and Workforce Development, 1 John Finch Plaza, Trenton, NJ 08611-1760 |
| 519530665 | + | TKB, 12-24 River Road, Fair Lawn, NJ 07410-1489 |
| 519530664 | | Team Health, 4585 Ridge Park Drive, Fairlawn, OH 44333 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 13 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530603 | ^ | MEBN | Jun 13 2023 20:48:50 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530598 | ^ | MEBN | Jun 13 2023 20:48:51 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519530599 | ^ | MEBN | Jun 13 2023 20:48:36 | Account Resolution Services, 1643 Nw 136th Ave, Sunrise, FL 33323-2857 |
| 519555632 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2023 21:08:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519530600 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2023 21:09:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519530601 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2023 21:09:45 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519530605 | + | Email/Text: kmattingly@bankofmissouri.com | Jun 13 2023 20:50:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 519530607 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2023 21:09:44 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519530608 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2023 21:08:32 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519530613 | + | Email/Text: mediamanagers@clientservices.com | Jun 13 2023 20:50:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519530617 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 13 2023 20:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2609 |
| 519530618 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 13 2023 20:51:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519535407 | | Email/Text: mrdiscen@discover.com | Jun 13 2023 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519530620 | + | Email/Text: mrdiscen@discover.com | Jun 13 2023 20:50:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519530619 | + | Email/Text: mrdiscen@discover.com | Jun 13 2023 20:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519530624 | + | Email/Text: data_processing@fin-rec.com | Jun 13 2023 20:51:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 519530625 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2023 20:50:00 | Fortiva Retail Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 519530626 | ^ | MEBN | Jun 13 2023 20:48:47 | Geico Indemnity Co, 1 Geico Plaza, Washington, DC 20076-0005 |
| 519620498 | ^ | MEBN | Jun 13 2023 20:49:24 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519621573 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 13 2023 21:09:07 | HSBC Bank USA, National Association, at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519530628 | ^ | MEBN | Jun 13 2023 20:49:25 | Hayt, Hayt & Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 519530630 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 13 2023 20:50:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530629 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 13 2023 20:50:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519530631 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2023 20:50:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519581007 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 22-12045-KCF    Doc 59    Filed 06/15/23    Entered 06/16/23 00:15:31    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 91 |

| Notice ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 519530633 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2023 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519530632 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2023 20:51:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519530610 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2023 20:51:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519530611 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2023 21:09:24 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519551770 | + | Email/Text: RASEBN@raslg.com | Jun 13 2023 20:56:13 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| | | | Jun 13 2023 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519530635 | ^ | MEBN | Jun 13 2023 20:49:02 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519542199 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2023 20:50:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519530636 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2023 20:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519530637 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2023 20:50:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519530640 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 20:51:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519541543 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519530642 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 20:51:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519530641 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 20:51:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519530644 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 13 2023 20:56:13 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519530643 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 13 2023 21:08:41 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519530645 | | Email/Text: compliance@onemnethealth.com | Jun 13 2023 20:50:00 | Mnet Financial Inc., 95 Argonaut, Ste 200, Aliso Viejo, CA 92656-4147 |
| 519530623 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 13 2023 20:50:00 | EZ Pass, 375 McCarter Hwy, Newark, NJ 07114 |
| 519584799 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 13 2023 20:50:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519530663 | | Email/Text: Bankruptcy@swiftcapital.com | Jun 13 2023 20:50:00 | Swift Capital, 3505 Silverside Road, Wilmington, DE 19801 |
| 519530655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:09:51 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519530654 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:08:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519564542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:08:34 | Portfolio Recovery Associates, LLC, c/o American Signature Furn, POB 41067, Norfolk VA 23541 |
| 519565798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2023 21:09:32 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519564482 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 22-12045-KCF    Doc 59    Filed 06/15/23    Entered 06/16/23 00:15:31    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 91 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2023 21:10:02 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519530656 | | Email/Text: signed.order@pfwattorneys.com | Jun 13 2023 20:50:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519530657 | | Email/Text: signed.order@pfwattorneys.com | Jun 13 2023 20:50:00 | Pressler Felt & Warsaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519530658 | + | Email/Text: clientservicesny@pcbinc.org | Jun 13 2023 20:50:00 | Professional Claims Bureau, P.O. Box 9060, Hicksville, NY 11802-9060 |
| 519583727 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2023 20:51:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519532321 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2023 20:56:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582683 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 13 2023 20:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519559895 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2023 21:08:30 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519537830 | | Email/Text: electronicbkydocs@nelnet.net | Jun 13 2023 20:51:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519530667 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 13 2023 20:51:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519530668 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 13 2023 20:51:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519530666 | | Toyota Motor Credit |
| 519530614 | *+ | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 519530616 | ##+ | Commerical Collections of America LLC, 2180 W. Grant Line Road, Suite 202, Tracy, CA 95377-7343 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jun 13, 2023 | Form ID: pdf905 | Total Noticed: 91

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bruce H Levitt | on behalf of Debtor Lev Bakshiyev blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Loss Mitigation HSBC Bank USA National Association as trustee on behalf of the holders of the OPTEMAC Asset-Backed Pass-Through Certificates,Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joel R. Glucksman | on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  lmargotta@sh-law.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 9