

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Lev Bakshiyev | Case No.: 22-12045<br><br>Judge: Ferguson<br><br>Chapter: 13 |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that __Albert Russo__ is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is __Converted__.

DATED: 6/20/2023

Kathryn C. Ferguson
Judge, United States Bankruptcy Court