Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22–12045–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lev Bakshiyev
103 Diamond Lane
Old Bridge, NJ 08857

Social Security No.:
xxx–xx–5734

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

   I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Estate at 103 Diamond Lane, Old Bridge, NJ.

Dated: July 12, 2023
JAN: gan

Jeanne Naughton
Clerk